[No. 2246-2.    Division Two.    July 20, 1976.]

WILLIAM MALTMAN, *Appellant*, v. NORTHWEST MEMORIAL HOSPITAL ASSOCIATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 711916, David C. Hunter, J., entered November

6, 1974. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.